UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   25 Cr. 168-1 (LAK)
     -against-                      :   ORDER
                                    :
Howard Moore                        :
                                    :
          Defendant                 :
                                    :
------------------------------------X

LEWIS A. KAPLAN, United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to replace home incarceration with a curfew set by Pretrial Services and enforced by GPS monitoring.

    Dated: New York, New York
           April 25, 2025

                                        SO ORDERED:

                                        [signature]
                                        _____
                                        LEWIS A. KAPLAN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/25/25