# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.
_____

June 27th, 2025

*Via Electronic Case Filing*
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  United States of America versus Howard Moore
           25-Cr.-00168 (LAK)

Your Honor,

    I write to respectfully request an adjournment of the time in which to file my motion, which is currently due on June 30th, 2025, until August 1st.  I have been engaged in a homicide trial in Bronx County Supreme Court since May 11th, which is not expected to conclude until July 18th.  The trial has consumed a substantial portion of my time.  The Government has no objection to this request, and, if the Court is inclined to grant it, we would propose that the Government's opposition be due on August 29th, and defendant's reply, if any, be due on September 5th.  The Court would then need to set a new date for oral argument.  We anticipate that this adjournment request would not affect the current scheduled date for trial, October 6th, 2025.

MEMO ENDORSEMENT
.
Application granted.  The new oral argument date is 9/10/2025 at 2:00 PM.
.
So Ordered: /s/ Hon. Lewis A Kaplan
        United States District Judge
Dated:     6/27/2025

Respectfully submitted,

*Raymond Elvis Gazer*
Raymond Elvis Gazer, Esq.

CC: The Government
    *via ECF*