```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   25 Cr. 168-1 (LAK)
       -against-                    :   ORDER
                                    :
Howard Moore                        :
                                    :
       Defendant                    :
                                    :
------------------------------------X
```

RONNIE ABRAMS, United States District Judge, serving as Part 1:

In accordance with the bail review hearing held on July 24, 2025, it is hereby ORDERED that the defendant's bail is modified to remove the curfew and, in its place, impose home detention enforced by GPS monitoring.

    Dated: New York, New York
          July 24, 2025

                                SO ORDERED:

                                _____
                                RONNIE ABRAMS
                                United States District Judge
                                PART I