USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-25

MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

HOWARD MOORE,

    Defendant.
------------------------------------------------------------X

MOTION

25-Cr.-00168 (LAK)

PLEASE TAKE NOTICE, that upon the annexed declaration of Raymond Elvis Gazer, Esq., and Memorandum of Law along with Exhibits, the undersigned will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be designated by the Court, for an order, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, suppressing evidence obtained in violation of the Fourth Amendment to the United States Constitution; or, in the alternative, granting an evidentiary hearing on this motion to determine issues of fact relating thereto; and granting such further relief as the Court deems just and proper.

Dated:    Bronx, New York

          August 1, 2025

*Motion denied for reasons stated on the record this date.*

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
9/9/25

Respectfully submitted,

*Raymond Elvis Gazer*
Raymond Elvis Gazer, Esq.
172 East 161st Street
Bronx, New York 10451
(917) 848-0527
REGazer@aol.com

c.c.:    The Government (via ECF)