# Law Offices of
# Raymond Elvis Gazer
# 172 East 161st Street
# Bronx, New York 10451
# (917)848-0527· REGazer@gmail.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/26

Raymond Elvis Gazer, Esq.

January 7th, 2025

*Via Electronic Case Filing*
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   United States of America versus Howard Moore
            25-Cr.-00168 (LAK)

Your Honor,

     I write to respectfully request a sixty day adjournment of Howard Moore's sentencing, which is currently scheduled for January 22nd, 2026, and make a concomitant request to adjourn the deadlines for the parties' sentencing submissions. I have been engaged in a jury trial in State Supreme Court, Bronx County, since October, and that matter is not scheduled to conclude until the end of March. In addition, a distinct possibility exists that this state trial may be temporarily preempted to allow me to try a federal matter before Judge Rearden at the end of January, only for it to resume immediately thereafter. In either event, my attention has been diverted to those matters, and I unfortunately require more time to sufficiently prepare for Mr. Moore's sentencing.

     The Government takes no position to this request. Should the Court have any questions or concerns, I would be happy to address them. I thank you for your consideration of this matter.

Respectfully submitted,

*Raymond Elvis Gazer*
Raymond Elvis Gazer, Esq.

CC:    The Government
        *via ECF*

MEMO ENDORSEMENT:  Application granted. The 1/22/2026 sentencing
date is adjourned until 3/25/2026 at 11:00 AM.  However, in the
event Mr. Gazer's obligation at trial in the Bronx County Supreme
Criminal Term were to end early, or be adjourned further,  Mr.
Gazer shall inform this Court by letter so that defendant Moore's
schedule can be moved sooner than 3/25/2026.

So Ordered:    _____
                Hon. Lewis A. Kaplan, U.S.D.J.

Dated: 1/___/2026