UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HOWARD MOORE,

                         Movant,

          -against-

UNITED STATES OF AMERICA,

                     Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

26-cv-5205 (LAK)
[25-cr-0168 (LAK)]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-26

**ORDER TO ANSWER**

LEWIS A. KAPLAN, *District Judge*.

      Movant having filed a motion to vacate under 28 U.S.C. § 2255, the government is directed to answer no later than July 23, 2026. Movant may file any reply papers in support of his motion no later than August 24, 2026.

      The Clerk of Court is directed to cause a Notice of Electronic Filing to be sent to the designated email account of the United States Attorney's Office for the Southern District of New York in accordance with this Court's Revised and Extended Memorandum of Understanding dated February 25, 2015.

      The Clerk is directed also to mail a copy of this order to movant.

      SO ORDERED.

Dated:      June 23, 2026

                                     Lewis A. Kaplan
                                United States District Judge