UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
HOWARD MOORE,

Movant,

-against- 26-cv-5205 (LAK)
[25-cr-168 (LAK)]

UNITED STATES OF AMERICA,

Respondent.
------------------------------------------x

**ORDER APPOINTING COUNSEL AND SETTING CONFERENCE**

LEWIS A. KAPLAN, *District Judge.*

Movant was convicted on his plea of guilty of Hobbs Act robbery and possessing a firearm during and in relation thereto. He was sentenced principally to a term of imprisonment of 24 months on the robbery count and a consecutive sentence of 60 months on the firearm count. No appeal was taken.

Movant now has filed a motion under 28 U.S.C. § 2255 for relief from his conviction and for bail pending the proceedings on his motion. He argues principally that he received ineffective assistance of counsel with respect to the firearm count and that he was prejudiced thereby.

Having reviewed the papers on the motion, which include a detailed affidavit from movant's former counsel, the Court has concluded that it would be helpful to conduct an evidentiary hearing with respect to movant's principal argument at which it hears the testimony of the movant and of his former counsel. As movant is not a lawyer, the Court appoints CJA counsel on duty today, Nicole Friedlander, to represent movant at the hearing.

The Court will conduct a conference with counsel on Wednesday, October 14, 2026, at 10 a.m. for the purpose of scheduling the hearing.

SO ORDERED.

Dated: October 8, 2026

Lewis A. Kaplan
United States District Judge